**Order entered September 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01166-CV

### IN RE AMY DUPRE CASANOVA, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-13293-Z**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real

party in interest and respondent file their responses, if any, on or before September 23, 2014.

/s/  MICHAEL J. O'NEILL
     JUSTICE